UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-21170(jjt) |
| PAUL A. KNUTSEN | : | CHAPTER 7 |
| DEBTOR | | |

### ORDER AUTHORIZING EMPLOYMENT OF THE
### LAW OFFICES OF JEFFREY HELLMAN, LLC

Whereas, upon consideration of the Trustee's Application to Employ Special Counsel to the Estate dated November 19, 2020 (ECF No. 16) and the Declaration of said attorney dated November 19, 2020, and it appearing that Jeffrey Hellman, Esq. is a disinterested person and that the employment of said attorney as special counsel by the Trustee is in the best interest of this estate, it is hereby

**ORDERED** that Anthony S. Novak, Trustee herein, is authorized to employ Jeffrey Hellman, Esq. as attorney for the Trustee and the estate to recover assets of the estate pursuant to 11 USC Sec. 541, possible preference payments made by the Debtor in violation of 11 USC Sec. 547, possible fraudulent transfers obtained by Officers of the Debtor pursuant to 11 USC Sec. 548 or Sec. 544 and possible post-petition payments made by the Debtor in violation of 11 USC Sec. 549, transfers of assets of the estate pursuant to all applicable state law, and recoveries pursuant to the Trustee's strong-arm powers pursuant to 11 USC Sec. 544; and it is

**FURTHER ORDERED** that payment of compensation and reimbursement of expenses shall be computed on a contingency fee basis of one-third, of the amount actually recovered, together with reimbursement of reasonable out-of-pocket costs and expenses, to be paid in such amounts as may be allowed by the court upon proper application or applications therefor, pursuant to 11 U.S.C. Sections 330 and 331.

Dated at Hartford, Connecticut this 15th day of December, 2020.



James J. Tancredi
United States Bankruptcy Judge
District of Connecticut